**Order entered October 29, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00371-CV

### IN RE JEREMIAH O'KEEFFE, Relator

**Original Proceeding from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54728-2009**

## ORDER
Before Justices Bridges, Brown, and Boatright

Before the Court is relator's October 23, 2018 "motion for clarification." In the motion, relator asks two questions regarding the legal effect of this Court's May 21, 2018 opinion and order in this original proceeding. The Court cannot provide legal advice to a party. Accordingly, we **DENY** the motion.

/s/    DAVID L. BRIDGES
        JUSTICE